Joseph A. Mullaney, III, Esq.
**CONSUMER LITIGATION GROUP**
Law Office of Dimitrios Kolovos, LLC
211 West State Street, Suite 204
Media, PA  19063
Tel 610-616-5303
Fax 610-672-1944
Eml JMullaney@ConsumerLitigators.com

Pursuant to Local Civil Rule 53.2(3)(c)(2), this case is subject to non-binding arbitration.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADFORD P. BILLINGS, a citizen of Pennsylvania, <br><br>    Plaintiff, <br><br>  v. <br><br> MANN BRACKEN LLP, a Delaware Limited Liability Partnership, <br><br>    and <br><br> CONNELL ANDREW LOFTUS, in his individual capacity and as General Partner for Mann Bracken LLP, <br><br>    and <br><br> JOHN DOES I – X, in their individual capacities, and as agents for Mann Bracken LLP, <br><br>    Defendants. | DOCKET NO.: <br><br> Corporate Disclosures Pursuant to Rule 7.1 |

TO: Michael E. Kunz, Clerk of Court
U.S. District Court for the E. District of Pa.
James A. Byrne Federal Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Pursuant to Fed. R. Civ. Proc. R. 7.1, Plaintiff discloses that there are no corporations or other business entities subject to disclosure. Plaintiff will promptly file a supplemental statement if any required information changes.

BY:  s/Joseph A. Mullaney, III
Joseph A. Mullaney, III, Esq.
**CONSUMER LITIGATION GROUP**
Law Office of Dimitrios Kolovos, LLC
211 West State Street, Suite 204
Media, PA  19063
Tel 610-616-5303
Fax 610-672-1944
Eml JMullaney@ConsumerLitigators.com